BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-mc-00023 WBS KJM |
| | ) | |
| Plaintiff, | ) | **CONSENT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES G. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Settlement Agreement (Exhibit A), judgment in the amount of Twenty-Five Thousand - Thirty-Eight Dollars and Twenty-One Cents ($25,038.21) is entered in favor of Plaintiff United States of America and against Defendant James G. Scott.

IT IS SO ORDERED.

DATED: March 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1